IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01387-ZLW-MEH

FELICIA MATA,
GUMERCINDO MATA

      Plaintiffs,

v.

CENTURA HEALTH CORPORATION, et al.

      Defendants.

_____

ORDER
_____

      After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

      ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

      Dated at Denver, Colorado, this __11__ day of July, 2007.

                                    BY THE COURT:

                                    _____

                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court