# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01387-LTB-MEH

FELICIA MATA,

GUMERCINDO MATA,

Plaintiffs,

v.

CENTURA HEALTH CORPORATION, a Colorado nonprofit corporation doing business as CENTURA HEALTH also known as CENTURA HEALTH ADVENTIST and/or also known as AVISTA HOSPITAL and/or also known as AVISTA ADVENTIST HOSPITAL and/or also known as CENTURA HEALTH AVISTA ADVENTIST HOSPITAL and/or also known as PORTERCARE HOSPITAL-AVISTA and/or also known as AVISTA-PORTER HOSPITAL and/or also known as CENTURA HEALTH-PORTER ADVENTIST HOSPITAL; and PORTERCARE ADVENTIST HEALTH SYSTEM, a Colorado nonprofit corporation doing business as AVISTA HOSPITAL and/or also known as AVISTA ADVENTIST HOSPITAL and/or also known as CENTURA HEALTH AVISTA ADVENTIST HOSPITAL and/or also known as PORTERCARE HOSPITAL-AVISTA and/or also known as AVISTA-PORTER HOSPITAL and/or also known as CENTURA HEALTH-PORTER ADVENTIST HOSPITAL; and MARY ORTLEB, R.N.; and JONI ANN WALKER, R.N., and/or also known as "J" WALKER, and/or "full name unknown" licensed health care provider in the State of Colorado; and "AM", R.N. and/or M.D. and/or "full name unknown" licensed health care provider in the State of Colorado; and CLINICA CAMPESINA/FAMILY HEALTH SERVICES, a Colorado nonprofit corporation doing business as CLINICA CAMPESINA and/or CLINICA CAMPESINA FAMILY HEALTH SERVICES, and

ALEX BULKACZ, m.d.; and JOHN CAMP SHEPHERD, M.D. and/or also known as JOHN SHEPHERD, and CHRISTOPHER JON KEENAN, M.D., and/or also known as CHRISTOPHER KEENAN,

Defendants.

## ORDER

Pursuant to the Stipulated Order of Dismissal filed by Plaintiffs and the Federal

Defendants, it is accordingly

ORDERED, ADJUDGED and DECREED that the claims against the following parties are dismissed without prejudice with each party to pay its own costs and attorneys' fees: the United States of America, Dr. Alex Bulkacz, Dr. John Shepherd, Dr. Christopher Keenan, and Clinica Campesina Family Health Services (and all derivations of the aforementioned names contained in Plaintiffs' Complaint).  The private defendants remain in the case.

DATED this   16th   day of    July   , 2007.

BY THE COURT:


     s/Lewis T. Babcock
United States District Court Judge