**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01387-LTB-MEH

FELICIA MATA,

GUMERCINDO MATA,

       Plaintiffs,

v.

CENTURA HEALTH CORPORATION, a Colorado nonprofit corporation doing business as CENTURA HEALTH also known as CENTURA HEALTH ADVENTIST and/or also known as AVISTA HOSPITAL and/or also known as AVISTA ADVENTIST HOSPITAL and/or also known as CENTURA HEALTH AVISTA ADVENTIST HOSPITAL and/or also known as PORTERCARE HOSPITAL-AVISTA and/or also known as AVISTA-PORTER HOSPITAL and/or also known as CENTURA HEALTH-PORTER ADVENTIST HOSPITAL; and

PORTERCARE ADVENTIST HEALTH SYSTEM, a Colorado nonprofit corporation doing business as AVISTA HOSPITAL and/or also known as AVISTA ADVENTIST HOSPITAL and/or also known as CENTURA HEALTH AVISTA ADVENTIST HOSPITAL and/or also known as PORTERCARE HOSPITAL-AVISTA and/or also known as AVISTA-PORTER HOSPITAL and/or also known as CENTURA HEALTH-PORTER ADVENTIST HOSPITAL; and

MARY ORTLEB, R.N.; and

JONI ANN WALKER, R.N., and/or also known as "J" WALKER, and/or "full name unknown" licensed health care provider in the State of Colorado; and

"AM", R.N. and/or M.D. and/or "full name unknown" licensed health care provider in the State of Colorado; and

CLINICA CAMPESINA/FAMILY HEALTH SERVICES, a Colorado nonprofit corporation doing business as CLINICA CAMPESINA and/or CLINICA CAMPESINA FAMILY HEALTH SERVICES, and

ALEX BULKACZ, m.d.; and JOHN CAMP SHEPHERD, M.D. and/or also known as JOHN SHEPHERD, and CHRISTOPHER JON KEENAN, M.D., and/or also known as CHRISTOPHER KEENAN,

       Defendants.

_____

**ORDER**

_____

Upon Plaintiffs' Unopposed Motion to Remand (Doc 14 - filed July 30, 2007), it is

ORDERED that Plaintiffs' Motion is GRANTED and this matter is REMANDED to Boulder

County District Court.

BY THE COURT:


    s/Lewis T. Babcock             

Lewis T. Babcock, Judge


DATED: August 1, 2007